UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Mary Smith *on behalf of* James Perea,

　　　　Plaintiff

v.

Las Vegas Metropolitan Police Department, et al.,

　　　　Defendants

Case No.: 2:23-cv-00092-JAD-NJK

**Order**

　　　　Plaintiff Mary Smith, who is the special administrator of the estate of James Perea, brings this counseled civil-rights action under 42 U.S.C. § 1983.[1] Smith paid the $402 filing fee for a civil action.[2] Although the complaint alleges conditions-of-confinement violations and wrongful death within the Clark County Detention Center, this case is not subject to the screening requirements of 28 U.S.C. § 1915,[3] so it will now proceed to the normal litigation track.

　　　　Dated: February 23, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge

---

[1] ECF No. 4 (corrected image of complaint).

[2] ECF No. 8.

[3] *See generally* 28 U.S.C. § 1915A (screening applies when a prisoner files a complaint); *see Olivas v. Nevada ex rel. Dep't of Corr.*, 856 F.3d 1281, 1282 (9th Cir. 2017) (holding that "28 U.S.C. § 1915A applies only to claims brought by individuals incarcerated at the time they file their complaints"); *see Lopez v. Smith*, 203 F.3d 1122, 1126, 1129 (9th Cir. 2000) (recognizing that screening under 28 U.S.C. § 1915(e) applies to actions filed *in forma pauperis* whether or not the plaintiff is incarcerated).