S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
ROBERT D. ROURKE
Nevada Bar No. 5757
Robert. Rourke@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant Wellpath, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARY SMITH, individually, and as Special Administrator of the Estate of JAMES PEREA,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; WELLPATH, LLC.; RN RACHEL CLARK; RN TANJA WASIELEWSKI; RN GENEVA BESSIE; LCSW SANDRA CELIS; MA/LNA MELEKA ST. JOHN; RN STEPHANIE ESTALA; NP HUGH ANDREW ROSSET; NP SHELLEY AMEDURI; PA ANDREA BALOGH; RN AYNUR KABOTA; CORRECTIONS OFFICER VANESSA MITCHELL; CORRECTIONS OFFICER DON'TE MITCHELL; CORRECTIONS OFFICER JOSHUA WALDMAN; DOES 1-30,<br><br>　　　　　　Defendants. | Case No.: 2:23-cv-00092-JAD-NJK<br><br>**ORDER TO EXTEND THE DEADLINE TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**FIRST REQUEST** |

   IT IS HEREBY STIPULATED by and between Plaintiff Mary Smith, individually, and as Special Administrator of the Estate of James Perea, and Defendant Wellpath, LLC, through their respective counsel of record, that this Court extend the deadline to file Defendant Wellpath, LLC's Response to Plaintiff's First Amended Complaint [ECF No. 10] fifteen (15) days, up to and including May 20, 2023.

   This Request for an extension of time is not sought for any improper purpose or

94484426.1

1  other purpose of delay. This request for extension is based upon counsel for Defendant
2  Wellpath, LLC, will be representing multiple individual named defendants as well, and is
3  seeking to avoid filing duplicative pleadings.
4      WHEREFORE, the parties respectfully request that this Court extend the time for
5  Defendants to file their Response to Plaintiff's First Amended Complaint [ECF No. 10]
6  fifteen (15) days from the current deadline of May 5, 2023 up to and including May 20,
7  2023.

| Dated this 4th day of May, 2023. | Dated this 4th day of May, 20232. |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP | PETER GOLDSTEIN LAW CORP. |
| /s/ S. Brent Vogel | /s/ Peter Goldstein |
| S. BRENT VOGEL<br>Nevada Bar No. 006858<br>ROBERT D. ROURKE<br>Nevada Bar No. 5757<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant Wellpath, LLC* | Peter Goldstein [SBN 6992]<br>PETER GOLDSTEIN LAW CORP<br>peter@petergoldsteinlaw.com<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Telephone: (702) 474-6400<br>Facsimile: (888) 400-8799<br>Attorney for Plaintiffs<br>Mary Smith, individually, and<br>as Special Administrator of the<br>Estate of James Perea |

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 5th, 2023