Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:   (702) 474-6400
Facsimile:   (888) 400-8799

*Attorney for Plaintiffs*
*James Perea, individually, and with Mary Smith, as Special Administrator of the Estate of James Perea*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA (LAS VEGAS)**

| | |
|---|---|
| MARY SMITH, individually, and MARY SMITH, as Special Administrator of the Estate of JAMES PEREA,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; WELLPATH, LLC.; DOES 1-10, in their individual capacities<br><br>Defendants. | Case No. 2:23-cv-00092-JAD-NJK<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE RESPONSE TO WELLPATH'S MOTION TO DISMISS**<br><br>ECF No. 30 |

WELLPATH (and individual WELLPATH Defendants) by and through their attorneys of record STIPULATE TO THE FOLLOWING:

Plaintiffs' deadline to respond to the Defendant WELLPATH'S (and individual WELLPATH Defendants who have filed joinders) Motion to Dismiss (Dkt. 25)is hereby extended from June 2, 2023 to June 19, 2023.

May 30, 2023

PETER GOLDSTEIN LAW CORP

By: /s/ Peter Goldstein
    Peter Goldstein (SBN 6992)
    10161 Park Run Drive, Suite 150
    Las Vegas, Nevada 89145
    *Attorneys for Plaintiffs*

1

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Robert Rourke
    Robert Rourke
    S. Brent Vogel (SBN 006858)
    6385 South Rainbow Blvd, Ste 600
    Las Vegas, NV 89118
    *Attorneys for Defendant, Wellpath, LLC*

**ORDER**

**Based on t**he parties' stipulation [ECF No. 30], IT IS ORDERED that Plaintiffs' deadline to respond to the Defendant WELLPATH'S (and individual WELLPATH Defendants who have filed joinders) Motion to Dismiss (Dkt. 25) is extended from June 2, 2023, to June 19, 2023.

DATED this 2nd day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE

Submitted by Peter Goldstein

*Attorney for Plaintiffs*
MARY SMITH, individually, and as Special Administrator of the Estate of JAMES PEREA

2