LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Vanessa Mitchell, and Don'te Mitchell*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY SMITH, individually, and as Special Administrator of the Estate of JAMES PEREA,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; WELLPATH, LLC; RN RACHEL CLARK; RN TANJA WASIELEWSKI; RN GENEVA BESSIE; LCSW SANDRA CELIS; MA/LNA MELEKA ST. JOHN. RN STEPHANIE ESTALA; NP HUGH ANDREW ROSSET; NP SHELLEY AMEDURI; PA ANDREA BALOGH; RN AYNUR KABOTA; CORRECTIONS OFFICER VENESSA MITCHELL; CORRECTIONS OFFICER DON'TE MITCHELL; CORRECTIONS OFFICER JOSHUA WALDMAN; DOES 1-30,<br><br>Defendants. | Case No.: 2:23-cv-00092-JAD-NJK<br><br>**STIPULATION TO EXTEND BRIEFING DEADLINE REGARDING PLAINTIFFS' MOTION FOR PARTIAL RECONSIDERATION**<br>**[ECF No. 65]**<br><br><br>ECF No. 69 |

IT IS HEREBY STIPULATED AND AGREED between the parties that the briefing deadlines for Plaintiffs' Motion for Partial Reconsideration, (ECF No. 65), be extended by two days. The current deadline for Defendants to file a Response to Plaintiffs' Motion is March 13,

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3671220_1.doc 6943.283

Page 1 of 3

2024; and Plaintiffs' Reply is due March 20, 2024. The parties stipulate and agree to extend these deadlines so that **Defendants' Response is due March 15, 2024**, and **Plaintiffs' Reply is due March 26, 2024**.

1. On February 28, 2024, Plaintiffs filed three Motions: a Motion to Modify the Scheduling Order Deadline to Amend Pleadings, (ECF No. 62); a Motion for Leave to File a Second Amended Complaint, (ECF No. 63); and a Motion for Partial Reconsideration, (ECF No. 65).

2. The Response deadlines for these Motions is March 13, 2024.

3. Plaintiffs' deadline to file Replies is March 20, 2024.

4. Local Rule IA 6-1 governs the parties' Stipulation requesting an extension of these briefing deadlines.

5. The applicable deadlines have not yet expired. Accordingly, a good cause standard governs the requested extension of time.

6. The parties stipulate and agree that good cause exists to extend the deadlines for Plaintiffs' Motion for Partial Reconsideration, (ECF No. 65), by two days because Lyssa S. Anderson, who is counsel for Defendants Las Vegas Metropolitan Police Department, Don'te Mitchell, and Vanessa Mitchell, is out of the office due to a long-planned vacation between March 11 through 14, 2024. Additionally, the multiple requests for relief in the Motions require relatively extensive briefing that cannot be completed within the general 14-day response deadline in light of other active cases and matters handled by LVMPD Defendants' counsel.

7. For these reasons, the parties respectfully request that the Court extend the briefing deadlines as follows: Defendants' Response will become due **March 15, 2024**, and Plaintiffs' Reply will become due **March 26, 2024**.

8. The parties stipulate and agree that this extension will not create an unnecessary

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3671220_1.doc  6943.283

Page 2 of 3

delay to resolution of this case. The extension will ensure that the parties can prepare adequate briefs for the Court to make a ruling on the merits.

DATED this 12th day of March, 2024.

By: /s/ Lyssa S. Anderson
Lyssa S. Anderson (SBN 5781)
Kristopher J. Kalkowski (SBN14892)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
**Attorneys for Defendants,
Las Vegas Metropolitan
Department, Vanessa Mitchell, and
Don'te Mitchell**

DATED this 12th day of March, 2024.

By: /s/ Peter Goldstein
Peter Goldstein (SBN 6992)
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
**Attorney for Plaintiffs
Mary Smith, individually, and as
Special Administrator of the Estate of
James Perea**

DATED this 13th day of March, 2024.

/s/ Robert D. Rourke
S. Brent Vogel (SBN 6858)
Robert D. Rourke (SBN 5757)
6385 S. Rainbow Blvd, Suite 600
Las Vegas, NV 89118
**Attorneys for Defendants
Wellpath, LLC; Rachel Clark, RN;
Geneva Bessie, RN; Stephanie
Estala, RN; Andrea Balogh, NP;
Hugh Andrew Rosset, NP; Tanja
Wasielewski, RN; Shelley Ameduri,
PA; Meleka St. John, RN; and
Sandra Celis, LCSW.**

**IT IS SO ORDERED.**

DATED this 15th day of March, 2024,
*nunc pro tunc* to March 13, 2024

_____
UNITED STATES DISTRICT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3671220_1.doc  6943.283

Page 3 of 3