# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARY SMITH, *et al.*,<br>　　Plaintiffs,<br>v.<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br>　　Defendants. | Case No. 2:23-cv-00092-JAD-NJK<br>**ORDER**<br>[Docket No. 67] |

Pending before the Court is the parties' stipulation to extend the briefing schedule for Plaintiffs' motion to modify the scheduling order. Docket No. 67.

For good cause shown, the parties' stipulation is **GRANTED** in part and **DENIED** in part. Docket No. 67. Defendants must file a response no later than March 15, 2024, and Plaintiffs must file any reply no later than March 22, 2024.

IT IS SO ORDERED.

Dated: March 14, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge