# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARY SMITH, *et al.*,

    Plaintiffs,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,

    Defendants.

Case No. 2:23-cv-00092-JAD-NJK

**ORDER**

[Docket No. 68]

Pending before the Court is the parties' stipulation to extend the briefing schedule for Plaintiffs' motion for leave to file second amended complaint. Docket No. 68.

For good cause shown, the parties' stipulation is **GRANTED** in part and **DENIED** in part. Docket No. 68. Defendants must file a response no later than March 15, 2024, and Plaintiffs must file any reply no later than March 22, 2024.

IT IS SO ORDERED.

Dated: March 14, 2024

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge