# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY SMITH, Individually and as Special Administrator of the Estate of JAMES PEREA,<br><br>Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>Defendant(s). | Case No. 2:23-cv-00092-JAD-NJK<br><br>**ORDER**<br><br>[Docket Nos. 89, 90] |

Pending before the Court is Plaintiff's motion to supplement (Docket No. 90) the motion to compel filed just a few days earlier (Docket No. 89). Rather than having piecemeal briefing, the preferred course is for Plaintiff to refile the motion to compel as a complete document. Accordingly, the motion to compel (Docket No. 89) is **DENIED** without prejudice and the motion to supplement (Docket No. 90) is **DENIED** as moot. The motion to compel must be renewed by July 8, 2024.

IT IS SO ORDERED.

Dated: July 1, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1