LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:              (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Vanessa Mitchell, and Don'te Mitchell*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY SMITH, individually, and as Special Administrator of the Estate of JAMES PEREA, Plaintiffs, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; WELLPATH, LLC; RN RACHEL CLARK; RN TANJA WASIELEWSKI; RN GENEVA BESSIE; LCSW SANDRA CELIS; MA/LNA MELEKA ST. JOHN. RN STEPHANIE ESTALA; NP HUGH ANDREW ROSSET; NP SHELLEY AMEDURI; PA ANDREA BALOGH; RN AYNUR KABOTA; CORRECTIONS OFFICER VENESSA MITCHELL: CORRECTIONS OFFICER DON'TE MITCHELL; CORRECTIONS OFFICER JOSHUA WALDMAN; DOES 1-30, Defendants. | Case No.:    2:23-cv-00092-JAD-NJK <br><br> **STIPULATION TO EXTEND BRIEFING DEADLINE REGARDING PLAINTIFFS' MOTION FOR SANCTIONS AGAINST LVMPD** <br> **[ECF No. 105]** |

IT IS HEREBY STIPULATED AND AGREED between the parties that the briefing deadlines for Plaintiffs' Motion for Sanctions Against LVMPD, (ECF No. 105), be extended by seven days.   The current deadline for Defendants to file a Response to Plaintiffs' Motion is September 6, 2024; and Plaintiffs' Reply is due September 13, 2024.  The parties stipulate and

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3805432_1.doc  6943.283

Page 1 of 2

1    agree to extend these deadlines so that **Defendants' Response is due September 13, 2024**, and

2    **Plaintiffs' Reply is due September 20, 2024**.

3        The parties request this extension based on Plaintiffs' recent filing of an Errata to the

4    Motion, (ECF No. 111), and Counsel for Defendants will be out of the Office on September 6,

5    2024. Accordingly, the parties request additional time to complete briefing on this Motion.

6    DATED this <u>4th</u> day of September, 2024.      DATED this <u>4th</u> day of September, 2024.

7    By:    <u>/s/ Lyssa S. Anderson</u>        By:    <u>/s/ Peter Goldstein</u>

| | |
|---|---|
| Lyssa S. Anderson (SBN 5781) | Peter Goldstein (SBN 6992) |
| Kristopher J. Kalkowski (SBN14892) | 10161 Park Run Drive, Suite 150 |
| 1980 Festival Plaza Drive, Suite 650 | Las Vegas, Nevada 89145 |
| Las Vegas, Nevada  89135 | **Attorney for Plaintiffs** |
| **Attorneys for Defendants,** | **Mary Smith, individually, and as** |
| **Las Vegas Metropolitan** | **Special Administrator of the Estate of** |
| **Department, Vanessa Mitchell, and** | **James Perea** |
| **Don'te Mitchell** | |

12    DATED this <u>4th</u> day of September, 2024.

13        <u>/s/ Robert D. Rourke</u>

S. Brent Vogel (SBN 6858)
Robert D. Rourke (SBN 5757)
6385 S. Rainbow Blvd, Suite 600
Las Vegas, NV 89118
**Attorneys for Defendants**
**Wellpath, LLC; Rachel Clark, RN;**
**Geneva Bessie, RN; Stephanie**
**Estala, RN; Andrea Balogh, NP;**
**Hugh Andrew Rosset, NP; Tanja**
**Wasielewski, RN; Shelley Ameduri,**
**PA; Meleka St. John, RN; and**
**Sandra Celis, LCSW.**

**IT IS SO ORDERED.**

DATED this 5th day of September, 2024.

_____
Nancy J. Koppe
UNITED STATES MAGISTRATE JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3805432_1.doc  6943.283

Page 2 of 2