LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
***Attorneys for Defendants***
***Las Vegas Metropolitan Police Department,***
***Vanessa Mitchell, and Don'te Mitchell***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARY SMITH, individually, and as Special Administrator of the Estate of JAMES PEREA,

Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT; WELLPATH, LLC; RN RACHEL CLARK; RN TANJA WASIELEWSKI; RN GENEVA BESSIE; LCSW SANDRA CELIS; MA/LNA MELEKA ST. JOHN. RN STEPHANIE ESTALA; NP HUGH ANDREW ROSSET; NP SHELLEY AMEDURI; PA ANDREA BALOGH; RN AYNUR KABOTA; CORRECTIONS OFFICER VENESSA MITCHELL: CORRECTIONS OFFICER DON'TE MITCHELL; CORRECTIONS OFFICER JOSHUA WALDMAN; DOES 1-30,

Defendants.

Case No.: 2:23-cv-00092-JAD-NJK

**STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE (Fourth Request)**

Pursuant to LR 6-1 and LR 26-3, Mary Smith, individually and as Special Administrator of the Estate of James Perea ("Plaintiffs"), Las Vegas Metropolitan Police Department, Vanessa Mitchell and Don'te Mitchell ("LVMPD Defendants"), and Wellpath, LLC, Rachel Clark, Tanja

Wasielewski, Geneva Bessie, Sandra Celis, Meleka St. John, Stephanie Estala, Hugh Andrew Rosset, Shelley Ameduri, and Andrea Balogh ("Wellpath Defendants") through their respective counsel, stipulate, agree, and request that this Court extend the dispositive motion deadline from the current date of September 23, 2024, for an additional 14 days, to **Monday, October 7, 2024**.

The requested extension arises from pending motions in this case and preservation of the Court and parties' resources. The Court previously granted a third extension of the dispositive motions deadline based on a pending motion in this case, Plaintiffs' Objection, (ECF No. 101), regarding the Report and Recommendation that denied Plaintiffs' Third Motion to Amend the Complaint, (ECF No. 80), seeking to name a new defendant. (Stip. Extend, ECF No. 104); (Order, ECF No. 108). Afterward, Plaintiffs filed another Motion, a Motion for Spoliation Sanctions, (ECF No. 105). Plaintiffs' Reply is now due September 20, 2023, which is one business day before the current dispositive motions deadline. Thus, the parties stipulate and agree to a 14-day extension of the dispositive motions deadline to ensure that adequate briefing on dispositive motions can occur and the Court has additional time to evaluate the pending Motions. Defendants believe that filing Motions for Summary Judgment by the current deadline could needlessly expend resources and cause prejudice to defenses if a later ruling from the Court mooted arguments or altered the claims and parties in the case.

**A. Discovery to Date**

Discovery in this matter closed on April 26, 2024. (ECF No. 59). The limited extension of discovery to address certain issues between Plaintiffs and Wellpath Defendants closed on June 26, 2024. (ECF No. 85 at 2-3). With the exception of the outstanding discovery issues raised in Plaintiffs' Motion to Compel at ECF No. 92, all discovery in this matter has been completed.

The parties provided initial Rule 26 Disclosures and produced numerous supplemental disclosures; specifically, LVMPD Defendants provided twelve supplemental disclosures and

Wellpath Defendants provided seven supplemental disclosures. LVMPD Defendants responded to three sets of Requests for Production of Documents ("RFPs") from Plaintiffs and provided supplemental responses. Wellpath Defendants responded to two sets of RFPs from Plaintiffs, and Plaintiffs responded to two sets of RFPs from LVMPD Defendants. Plaintiffs also responded to Interrogatories from LVMPD Defendants. LVMPD Defendants served twenty-nine third-party subpoenas.

Counsel conducted twelve depositions, including the depositions of the individual Defendants, Plaintiff Mary Smith, third-party witnesses and Rule 30(b)(6) witnesses for LVMPD. The parties timely disclosed expert and rebuttal expert reports.

On May 29, 2024, the Court granted a limited extension of discovery until June 26, 2024, for "the specifically identified deposition [of Wellpath] and written discovery responses in the stipulation. See Docket No. 85 at 2-3." On June 26, 2024, Plaintiffs conducted the deposition of a Wellpath official under FRCP 30(b)(6). Wellpath Defendants' counsel also provided additional documents to the parties that same date and during the 30(b)(6) deposition.

**B. Reason for an Extension of the Dispositive Motions Deadline**

A party seeking to extend unexpired deadlines in the scheduling order must establish good cause as required by FRCP 16(b)(4) and Local Rule 26-3. The good cause analysis turns on whether the deadline cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammonth Recreations, Inc.,* 975 F.2d 604, 610 (9th Cir. 1992).

Here, the parties respectfully request an extension of the dispositive motions deadline of September 23, 2024, by fourteen days to October 7, 2024. There are many claims still in this case, thus requiring extensive briefing to address all issues. However, Plaintiffs' recently filed Objection and Motion for Spoliation Sanctions seeks relief that could alter the status of this case, parties to the case, and defenses. To preserve judicial resources, conserve the parties' resources,

and out of fairness to all involved, the parties submit that there is good cause to extend the current dispositive motion deadline by fourteen days to ensure adequate briefing for the upcoming deadlines and provide the Court with additional time to evaluate the pending filings.

**C. Proposed Extended Deadline for Dispositive Motions**

The parties respectfully request the current Dispositive Motions deadline be extended to **October 7, 2024**. This request is made in good faith and joined by all the parties in this case.

DATED this 18th day of September, 2024.

By: */s/ Lyssa S. Anderson*
Lyssa S. Anderson (SBN 5781)
Kristopher J. Kalkowski (SBN 14892)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
***Attorneys for LVMPD Defendants***

DATED this 19th day of September, 2024.

By: */s/ Peter Goldstein*
Peter Goldstein (SBN 6992)
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Clyde Rastetter
199 Cook Street, Suite 308
Brooklyn, NY 11206
***Attorney for Plaintiffs***

DATED this 19th day of September, 2024.

*/s/ Robert D. Rourke*
S. Brent Vogel (SBN 6858)
Robert D. Rourke (SBN 5757)
6385 S. Rainbow Blvd, Suite 600
Las Vegas, NV 89118
***Attorneys for Wellpath Defendants***

**IT IS SO ORDERED.**

DATED this 20th day of September, 2024.

UNITED STATES MAGISTRATE JUDGE