**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARY SMITH, *et al.*,<br>   Plaintiffs,<br>v.<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br>   Defendants. | Case No. 2:23-cv-00092-JAD-NJK<br>**Order**<br>[Docket No. 119] |

Pending before the Court is Defendants' motion for leave to file a surreply regarding Plaintiffs' motion for spoliation sanctions. Docket No. 119; *see also* Docket No. 105. Plaintiffs did not file a response and the time to do so has now passed. *See* Docket.

"A party is generally prohibited from raising new issues for the first time in its reply brief" as the opposing party is not afforded an opportunity to respond. *Queensridge Towers LLC v. Allianz Global Risk US Ins. Co.*, 2015 WL 1403479 at *3 (D. Nev. Mar. 26, 2015) (citing *Eberle v. City of Anahiem*, 901 F.2d 814, 818 (9th Cir. 1990)). Therefore, "[w]here the moving party presents new matters for the first time in a reply brief, the Court may either refuse to consider the new matters or allow the opposing party an opportunity to respond." *Steven Cohen Prods. Ltd. v. Lucky Star, Inc.*, 2015 WL 3555384 at *3 (D. Nev. June 5, 2015) (citing *Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007)). A court may grant a party leave to file a surreply in order to afford the opposing party that opportunity. *Id*. However, such a surreply may "only address new matters raised in a reply to which a party would otherwise be unable to respond." *Steven Cohen Prods. Ltd.*, 2015 WL 3555384 at *3.

Here, Plaintiffs consented to the granting of Defendants' motion by failing to oppose it. *See* Local Rule 7-2(d) ("failure of an opposing party to file points and authorities in response to any motion…constitutes a consent to the granting of the motion").

Further, the Court has reviewed Defendants' motion and finds it to be meritorious.

1       Accordingly, the Court **GRANTS** Defendants' motion for leave to file surreply. Docket No. 119. No later than October 22, 2024, Defendants must file their surreply, Docket No. 119-1, on the Docket.

      IT IS SO ORDERED.

      Dated: October 18, 2024

                                                    Nancy J. Koppe
                                                    United States Magistrate Judge