1 | S. BRENT VOGEL
Nevada Bar No. 006858
2 | Brent.Vogel@lewisbrisbois.com
ETHAN M. FEATHERSTONE
3 | Nevada Bar No. 11566
Ethan.Featherstone@lewisbrisbois.com
4 | LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
5 | Las Vegas, Nevada 89118
Telephone: 702.893.3383
6 | Facsimile: 702.893.3789
*Attorneys for Wellpath, LLC; Rachel Clark,*
7 | *RN; Geneva Bessie, RN; Stephanie Estala,*
*RN; Andrea Balogh, NP; Hugh Andrew*
8 | *Rosset, NP; Tania Wasielewski, RN; Shelley*
*Ameduri, PA; Meleka St. John, RN; and*
9 | *Sandra Celis, LCSW*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARY SMITH, individually, and as Special Administrator of the Estate of JAMES PEREA,<br><br>                Plaintiff,<br><br>        vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; WELLPATH, LLC.; RN RACHEL CLARK; RN TANJA WASIELEWSKI; RN GENEVA BESSIE; LCSW SANDRA CELIS; MA/LNA MELEKA ST. JOHN; RN STEPHANIE ESTALA; NP HUGH ANDREW ROSSET; NP SHELLEY AMEDURI; PA ANDREA BALOGH; RN AYNUR KABOTA; CORRECTIONS OFFICER VANESSA MITCHELL; CORRECTIONS OFFICER DON'TE MITCHELL; CORRECTIONS OFFICER JOSHUA WALDMAN; DOES 1-30,<br><br>                Defendants. | Case No. 2:23-cv-00092-JAD-NJK<br><br>**NOTICE TO BE REMOVED AS COUNSEL OF RECORD FOR DEFENDANTS WELLPATH, LLC; RACHEL CLARK, RN; GENEVA BESSIE, RN; STEPHANIE ESTALA, RN; ANDREA BALOGH, NP; HUGH ANDREW ROSSET, NP; TANIA WASIELEWSKI, RN; SHELLEY AMEDURI, PA; MELEKA ST. JOHN, RN; AND SANDRA CELIS, LCSW, AND NOTICE OF APPEARANCE OF COUNSEL** |

1  PLEASE TAKE NOTICE that Robert D. Rourke, Esq., is no longer with the law office of LEWIS BRISBOIS BISGAARD & SMITH, LLP and should be removed as counsel of record for Defendants Wellpath, LLC; Rachel Clark, RN; Geneva Bessie, RN; Stephanie Estala, RN; Andrea Balogh, NP; Hugh Andrew Rosset, NP; Tania Wasielewski, RN; Shelley Ameduri, PA; Meleka St. John, RN; and Sandra Celis, LCSW, in the above-captioned matter.

PLEASE TAKE NOTICE that Ethan M. Featherstone, Esq., of the law office of LEWIS BRISBOIS BISGAARD & SMITH, LLP, hereby enters his special appearance as counsel of record for Defendants Wellpath, LLC; Rachel Clark, RN; Geneva Bessie, RN; Stephanie Estala, RN; Andrea Balogh, NP; Hugh Andrew Rosset, NP; Tania Wasielewski, RN; Shelley Ameduri, PA; Meleka St. John, RN; and Sandra Celis, LCSW, in the above-captioned matter.

DATED this 18th day of April, 2025

LEWIS BRISBOIS BISGAARD & SMITH LLP

IT IS SO ORDERED.
Dated: April 21, 2025

Nancy J. Koppe
United States Magistrate Judge

By  /s/ S. Brent Vogel
S. BRENT VOGEL
Nevada Bar No. 006858
ETHAN M. FEATHERSTONE
Nevada Bar No. 11566
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
Attorneys for Defendants Wellpath, LLC; Correct Care Solutions, LLC; J. Marcos, RN; Earl D. Salviejo, NP; Tanja Wasielewski, RN; H. Taddeo, RN; Ace T. RN; Lars Williams, RN; H. Hannash, RN; David Oliphant, PA, LPN Alexia; Becky S. Christensen, RN; Ray Martin Montenegro, NP, and Kate Purcell, RN

155921673.1