Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:   (702) 474-6400
Facsimile:    (888) 400-8799

Clyde M. Rastetter [PHV]
Kopke Christiana & Rastetter LLP
clyde@kcrllp.com
199 Cook Street, Suite 308
Brooklyn, NY 11206
Telephone:   (917) 451-9525
Facsimile:    (347) 315-9815

*Attorneys for Plaintiffs Mary Smith,
Individually, and as Special Administrator
of the Estate of James Perea*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA (LAS VEGAS)**

| | |
|---|---|
| MARY SMITH, individually, and as Special Administrator of the Estate of JAMES PEREA,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; WELLPATH, LLC; RN RACHEL CLARK; RN TANJA WASIELEWSKI; RN GENEVA BESSIE; LCSW SANDRA CELIS; MA/LNA MELEKA ST. JOHN; RN STEPHANIE ESTALA; NP HUGH ANDREW ROSSET; NP SHELLEY AMEDURI; PA ANDREA BALOGH; RN AYNUR KABOTA; CORRECTIONS OFFICER VANESSA MITCHELL; CORRECTIONS OFFICER DON'TE MITCHELL; CORRECTIONS OFFICER JOSHUA WALDMAN; DOES 1-30,<br><br>Defendants. | Case No. 2:23-cv-00092-JAD-NJK<br><br>**STIPULATION TO MODIFY THE DEADLINES TO RESPOND AND REPLY TO LVMPD DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(First Request)**<br><br>[ECF Nos. 143, 144, **146**] |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1, Plaintiff Mary Smith, individually and as Special Administrator of the Estate of James Perea ("Plaintiff"),

together with Defendants Las Vegas Metropolitan Police Department, Vanessa Mitchell, and Don'te Mitchell ("LVMPD Defendants"), through their respective counsel, stipulate and request that the Court extend the deadlines for Plaintiff's responses to LVMPD Defendants' Motions for Summary Judgment (filed April 25, 2025) from May 16, 2025 to May 30, 2025, and for LVMPD Defendants' replies from May 30, 2025 to June 13, 2025. This is the parties' first request to modify either of these deadlines.

On April 25, 2025, LVMPD Defendants filed Renewed Motions for Summary Judgment. (ECF Nos. 140, 143–44). Plaintiff's deadline to respond to these motions is currently May 16, 2025. (ECF No. 140). The deadline for LVMPD Defendants to file replies in support of their motions is presently May 30, 2025. (ECF No. 140).

Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1 impose a good cause standard regarding the extension of deadlines that have not yet expired, which is a "non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010).

The parties stipulate and agree that good cause exists to extend the deadlines for responding and replying to the present summary judgment motions due to counsel for Plaintiff's overlapping obligations in other active cases, including deadlines related to a settlement conference co-counsel Clyde Rastetter participated in this week in *Biddings v. City of New York*, No. 24-cv-01732 (AT) (SLC) (S.D.N.Y.), and co-counsel Peter Goldstein's recently being retained in a police shooting death case with a statute of limitations date of May 16, 2025, which has required concurrent proceedings to secure appointment of a special administrator in probate court. Finally, the voluminous nature of LVMPD Defendants' filings—a 48-page motion from LVMPD with 27 exhibits and a separate 21-page motion from Defendants Vanessa and Don'te Mitchell with 30 non-identical exhibits—necessitates additional time to prepare comprehensive responses addressing the substantial arguments and evidence presented.

The parties stipulate and agree that this extension will not create an unnecessary delay to the resolution of this case. The proposed extension will ensure adequate time for thorough

2

1  preparation of responses and replies, providing the Court with complete briefing necessary for
2  ruling on the merits.
3  DATED this 8th day of May, 2025                    DATED this 8th day of May, 2025

5  By:   /s/Peter Goldstein                          By:   /s/Lyssa S. Anderson
       Peter Goldstein (SBN 6992)                           Lyssa S. Anderson (SBN 5781)
6      PETER GOLDSTEIN LAW CORP                             Kristopher J. Kalkowski (SBN 14892)
       10161 Park Run Drive, Suite 150                      1980 Festival Plaza Drive, Suite 650
7      Las Vegas, Nevada 89145                              Las Vegas, NV 89135
       *Attorneys for Plaintiff*                            *Attorneys for LVMPD Defendants*

**IT IS SO ORDERED.**

Dated this __12th__ day of May, 2025

_____
UNITED STATES DISTRICT JUDGE

3