1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  KRISTOPHER J. KALKOWSKI
   Nevada Bar No. 14892
3  KAEMPFER CROWELL
   1980 Festival Plaza Drive, Suite 650
4  Las Vegas, Nevada  89135
   Telephone:   (702) 792-7000
5  Fax:            (702) 796-7181
   landerson@kcnvlaw.com
6  kkalkowski@kcnvlaw.com
   *Attorneys for Defendants*
7  *Las Vegas Metropolitan Police Department,*
   *Vanessa Mitchell, and Don'te Mitchell*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARY SMITH, individually, and as Special Administrator of the Estate of JAMES PEREA,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; WELLPATH, LLC; RN RACHEL CLARK; RN TANJA WASIELEWSKI; RN GENEVA BESSIE; LCSW SANDRA CELIS; MA/LNA MELEKA ST. JOHN. RN STEPHANIE ESTALA; NP HUGH ANDREW ROSSET; NP SHELLEY AMEDURI; PA ANDREA BALOGH; RN AYNUR KABOTA; CORRECTIONS OFFICER VENESSA MITCHELL: CORRECTIONS OFFICER DON'TE MITCHELL; CORRECTIONS OFFICER JOSHUA WALDMAN; DOES 1-30,<br><br>Defendants. | Case No.: 2:23-cv-00092-JAD-NJK<br><br>**STIPULATION TO EXTEND DEADLINE FOR LVMPD DEFENDANTS TO FILE REPLIES IN SUPPORT OF THE MOTIONS FOR SUMMARY JUDGMENT**<br>(First Request)<br>**[ECF Nos. 143, 144]** |

Pursuant to Local Rule 6-1, Mary Smith, individually and as Special Administrator of the Estate of James Perea ("Plaintiffs"), Las Vegas Metropolitan Police Department, Vanessa Mitchell, and Don'te Mitchell ("LVMPD Defendants"), stipulate, agree, and request that the

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.283

Page 1 of 2

Court extend the deadline for LVMPD Defendants to file their Replies in support of the pending Motions for Summary Judgment, (ECF Nos. 143, 144), from the current date of June 13, 2025, for an additional 10 days, to Monday, June 23, 2025.[1]  The parties agree that good cause supports the minimal extension of the briefing schedule based on counsel for LVMPD Defendants being out of the office between June 9 to 11, 2025; the holiday on June 19, 2025; and LVMPD Defendants' counsel having a telephonic appellate hearing set in another matter for June 13, 2025.  The administrative agency overseeing that hearing only recently announced the final hearing date.

DATED this 12th day of June, 2025.

By: /s/ Lyssa S. Anderson
Lyssa S. Anderson (SBN 5781)
Kristopher J. Kalkowski (SBN 14892)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
**Attorneys for LVMPD Defendants**

DATED this 12th day of June, 2025.

By: /s/ Peter Goldstein
Peter Goldstein (SBN 6992)
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Clyde Rastetter
199 Cook Street, Suite 308
Brooklyn, NY 11206
**Attorney for Plaintiffs**

**IT IS SO ORDERED.**

DATED this 13th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Wellpath, LLC, Rachel Clark, Tanja Wasielewski, Geneva Bessie, Sandra Celis, Meleka St. John, Stephanie Estala, Hugh Andrew Rosset, Shelley Ameduri, and Andrea Balogh ("Wellpath Defendants") are not included in this Stipulation because the bankruptcy stay has only been lifted as to LVMPD Defendants and Plaintiffs. *See* (Order, ECF No. 140).

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.283

Page 2 of 2