# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARY SMITH,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,

    Defendants.

Case No.: 2:23-cv-00092-JAD-NJK

**Order**

[Docket No. 153]

Pending before the Court is a motion to withdraw as counsel for Defendant Wellpath, LLC. Docket No. 153. The motion is premised on the results of bankruptcy proceedings and instructions from the client. *See id.* at 2. Counsel thereafter filed a motion to dismiss Wellpath based on the results of the bankruptcy proceedings. Docket No. 155. It is not clear whether the withdrawal request is ripe at this time or whether it depends (at least in part) on the resolution of the motion to dismiss. Accordingly, the motion to withdraw is **DENIED** without prejudice. Docket No. 153. If the motion to withdraw is renewed before resolution of the motion to dismiss, counsel must provide articulated explanation as to why withdrawal should be considered at this juncture.

IT IS SO ORDERED.

Dated: June 25, 2025.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE