1. LYSSA S. ANDERSON
Nevada Bar No. 5781
2. KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
3. KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
4. Las Vegas, Nevada 89135
Telephone: (702) 792-7000
5. Fax: (702) 796-7181
landerson@kcnvlaw.com
6. kkalkowski@kcnvlaw.com
*Attorneys for Defendants*
7. *Las Vegas Metropolitan Police Department,*
*Vanessa Mitchell, and Don'te Mitchell*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARY SMITH, individually, and as Special Administrator of the Estate of JAMES PEREA, <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; WELLPATH, LLC; RN RACHEL CLARK; RN TANJA WASIELEWSKI; RN GENEVA BESSIE; LCSW SANDRA CELIS; MA/LNA MELEKA ST. JOHN. RN STEPHANIE ESTALA; NP HUGH ANDREW ROSSET; NP SHELLEY AMEDURI; PA ANDREA BALOGH; RN AYNUR KABOTA; CORRECTIONS OFFICER VENESSA MITCHELL: CORRECTIONS OFFICER DON'TE MITCHELL; CORRECTIONS OFFICER JOSHUA WALDMAN; DOES 1-30, <br><br> Defendants. | Case No.: 2:23-cv-00092-JAD-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR LVMPD DEFENDANTS TO FILE REPLIES IN SUPPORT OF THE MOTIONS FOR SUMMARY JUDGMENT (Second Request)** <br> **[ECF Nos. 143, 144]** |

Pursuant to Local Rule 6-1, Mary Smith, individually and as Special Administrator of the Estate of James Perea ("Plaintiffs"), Las Vegas Metropolitan Police Department, Vanessa Mitchell, and Don'te Mitchell ("LVMPD Defendants"), stipulate, agree, and request that the Court

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.283

Page 1 of 2

1  extend the deadline for LVMPD Defendants to file their Replies in support of the pending Motions
2  for Summary Judgment, (ECF Nos. 143, 144), from the current date of June 23, 2025, for an
3  additional 7 days, to Monday, June 30, 2025.[1]  The parties agree that good cause supports the
4  minimal extension of the briefing schedule based on counsel for LVMPD Defendants being out of
5  the office between June 19 and 20, 2025, and in order to thoroughly address all issues raised in
6  Plaintiffs' Responses.  The brief extension will not prejudice any parties.

DATED this 18th day of June, 2025.               DATED this 23rd day of June, 2025.

By:  /s/ Lyssa S. Anderson                               By:  /s/ Peter Goldstein
     Lyssa S. Anderson (SBN 5781)                          Peter Goldstein (SBN 6992)
     Kristopher J. Kalkowski (SBN 14892)                   10161 Park Run Drive, Suite 150
     1980 Festival Plaza Drive, Suite 650                  Las Vegas, Nevada 89145
     Las Vegas, Nevada  89135                              Clyde Rastetter
     **Attorneys for LVMPD Defendants**                    199 Cook Street, Suite 308
                                                           Brooklyn, NY 11206
                                                           **Attorney for Plaintiffs**

**IT IS SO ORDERED.**

DATED this 25th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Wellpath, LLC, Rachel Clark, Tanja Wasielewski, Geneva Bessie, Sandra Celis, Meleka St. John, Stephanie Estala, Hugh Andrew Rosset, Shelley Ameduri, and Andrea Balogh ("Wellpath Defendants") are not included in this Stipulation because the bankruptcy stay has only been lifted as to LVMPD Defendants and Plaintiffs. *See* (Order, ECF No. 140).

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.283

Page 2 of 2