1  ETHAN FEATHERSTONE, ESQ.
   Nevada Bar No. 11566
2  GORDON REES SCULLY MANSUKHANI, LLP
   300 So. 4th Street, Suite 1550
3  Las Vegas, Nevada 89101
   Telephone: (702) 577-9300
4  Direct: (702) 577-9337
   Facsimile: (702) 255-2858
5  E-Mail: efeatherstone@grsm.com

6
                     UNITED STATES DISTRICT COURT
7
                          DISTRICT OF NEVADA
8
   MARY SMITH, individually, and as Special           Case No.: 2:23-cv-00092-JAD-NJK
9  Administrator of the Estate of JAMES PEREA,

10                    Plaintiffs,

11 vs.

12 LAS VEGAS METROPOLITAN POLICE
   DEPARTMENT; WELLPATH, LLC; RN              **MOTION TO REMOVE ATTORNEY**
13 RACHEL CLARK; RN TANJA                     **FROM ELECTRONIC SERVICE**
   WASIELEWSKI; RN GENEVA BESSIE; LCSW        **LIST**
14 SANDRA CELIS; MA/LNA MELEKA ST. JOHN.
   RN STEPHANIE ESTALA; NP HUGH ANDREW
15 ROSSET; NP SHELLEY AMEDURI; PA ANDREA
   BALOGH; RN AYNUR KABOTA;
16 CORRECTIONS OFFICER VENESSA
   MITCHELL: CORRECTIONS OFFICER DON'TE
17 MITCHELL; CORRECTIONS OFFICER JOSHUA
   WALDMAN; DOES 1-30
18
                     Defendants.
19

20         Pursuant to Local Rule IA 11-6, Ethan Featherstone, Esq., respectfully moves the court

21 for an order as follows: Attorney Ethan Featherstone is no longer an attorney with the law firm

22 of LEWIS BRISBOIS BISGAARD & SMITH, LLP, counsel for Defendants Wellpath, LLC,

23 Rachel Clark, Tanja Wasielewski, Geneva Bessie, Sandra Celis, Meleka St. John, Stephanie

24 Estala, Hugh Andrew Rosset, Shelley Ameduri, and Andrea Balogh, ("Defendants").

25 Accordingly, he respectfully requests that this Court grant his withdrawal as counsel of record

26 for Defendants, and that the email addresses associated with attorney Ethan Featherstone:

1  efeatherstone@grsm.com, gangulo@grsm.com, sowens@grsm.com, and

2  VLS_LVSupport@grsm.com be removed from the electronic service list in this matter. Ethan

3  Featherstone's withdrawal should not delay these proceedings, as LEWIS BRISBOIS

4  BISGAARD & SMITH, LLP remains counsel of record for Defendants.

5      Accordingly, there is good cause to justify granting attorney Ethan Featherstone's

6  withdrawal and removal from the electronic service list in this case.

7      DATED this 1st day of July, 2025.

GORDON REES SCULLY
MANSUKHANI, LLP

*/s/*Ethan Featherstone, Esq.
Nevada Bar No. 11566
300 So. 4th Street, Suite 1550
Las Vegas, Nevada 89101

IT IS SO ORDERED.
Dated: July 2, 2025

Nancy J. Koppe
United States Magistrate Judge

-2-