LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:              (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Vanessa Mitchell, and Don'te Mitchell*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY SMITH, individually, and as Special Administrator of the Estate of JAMES PEREA,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; WELLPATH, LLC; RN RACHEL CLARK; RN TANJA WASIELEWSKI; RN GENEVA BESSIE; LCSW SANDRA CELIS; MA/LNA MELEKA ST. JOHN. RN STEPHANIE ESTALA; NP HUGH ANDREW ROSSET; NP SHELLEY AMEDURI; PA ANDREA BALOGH; RN AYNUR KABOTA; CORRECTIONS OFFICER VENESSA MITCHELL: CORRECTIONS OFFICER DON'TE MITCHELL; CORRECTIONS OFFICER JOSHUA WALDMAN; DOES 1-30,<br><br>Defendants. | Case No.: 2:23-cv-00092-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR LVMPD DEFENDANTS TO FILE REPLIES IN SUPPORT OF THE MOTIONS FOR SUMMARY JUDGMENT (Third Request)**<br>**[ECF Nos. 143, 144]** |

Pursuant to Local Rule 6-1, Mary Smith, individually and as Special Administrator of the Estate of James Perea ("Plaintiffs"), Las Vegas Metropolitan Police Department, Vanessa Mitchell, and Don'te Mitchell ("LVMPD Defendants"), stipulate, agree, and request that the Court

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.283

Page 1 of 2

extend the deadline for LVMPD Defendants to file their Replies in support of the pending Motions for Summary Judgment, (ECF Nos. 143, 144), from the current date of June 30, 2025, for an additional 1 day, to Tuesday, July 1, 2025.[1]  The parties agree that good cause supports the minimal extension of the briefing schedule based on counsel for LVMPD Defendants experiencing technology issues on the current due date which is preventing them from being able to complete their Replies for filing, and in order to thoroughly address all issues raised in Plaintiffs' Responses. The brief extension will not prejudice any parties.

DATED this 30th day of June, 2025.

By:  /s/ Kristopher J. Kalkowski
Lyssa S. Anderson (SBN 5781)
Kristopher J. Kalkowski (SBN 14892)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
**Attorneys for LVMPD Defendants**

DATED this 30th day of June, 2025.

By:  /s/ Peter Goldstein
Peter Goldstein (SBN 6992)
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Clyde Rastetter
199 Cook Street, Suite 308
Brooklyn, NY 11206
**Attorney for Plaintiffs**

**IT IS SO ORDERED.**

DATED this 2nd day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Wellpath, LLC, Rachel Clark, Tanja Wasielewski, Geneva Bessie, Sandra Celis, Meleka St. John, Stephanie Estala, Hugh Andrew Rosset, Shelley Ameduri, and Andrea Balogh ("Wellpath Defendants") are not included in this Stipulation because the bankruptcy stay has only been lifted as to LVMPD Defendants and Plaintiffs. *See* (Order, ECF No. 140).

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.283

Page 2 of 2