S. BRENT VOGEL
Nevada Bar No. 006858
Brent.Vogel@lewisbrisbois.com
PRANAVA B. MOODY
Nevada Bar No. 16590
Pranava.Moody@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

*Attorneys for Wellpath, LLC; Rachel Clark, RN; Geneva Bessie, RN; Stephanie Estala, RN; Andrea Balogh, NP; Hugh Andrew Rosset, NP; Tania Wasielewski, RN; Shelley Ameduri, PA; Meleka St. John, RN; and Sandra Celis, LCSW*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY SMITH, individually, and as Special Administrator of the Estate of JAMES PEREA,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; WELLPATH, LLC.; RN RACHEL CLARK; RN TANJA WASIELEWSKI; RN GENEVA BESSIE; LCSW SANDRA CELIS; MA/LNA MELEKA ST. JOHN; RN STEPHANIE ESTALA; NP HUGH ANDREW ROSSET; NP SHELLEY AMEDURI; PA ANDREA BALOGH; RN AYNUR KABOTA; CORRECTIONS OFFICER VANESSA MITCHELL; CORRECTIONS OFFICER DON'TE MITCHELL; CORRECTIONS OFFICER JOSHUA WALDMAN; DOES 1-30,<br><br>Defendants. | Case No. 2:23-cv-00092-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR WELLPATH TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS WITH PREJUDICE DEFENDANT WELLPATH, LLC**<br><br>ECF No. 168 |

160026194.1                                              Case No. 2:23-cv-00092-JAD-NJK

Pursuant to Local Rule 6-1, MARY SMITH, individually, and as Special Administrator of the Estate of JAMES PEREA ("Plaintiff"), Las Vegas Metropolitan Police Department ("LVMPD Defendants"), and Wellpath, LLC ("Wellpath"), stipulate, agree, and request that the Court extend the deadline for Wellpath to file its Reply in Support of Motion to Dismiss with Prejudice Defendant Wellpath, LLC, (ECF No. 155), from the current date of July 15, 2025, for an additional one week to Monday, July 21, 2025. The parties agree that good cause supports the extension of the briefing schedule based on counsel for Wellpath recovering from a medical emergency which prevented her from preparing the opposition in order to thoroughly address all issues raised in Plaintiff's Opposition.

The extension will not prejudice any parties.

| | |
|---|---|
| Dated this 15th day of July 2025<br>LEWIS BRISBOIS BISGAARD<br>& SMITH LLP<br><br>/s/ Pranava B. Moody<br>S. BRENT VOGEL, ESQ.<br>PRANAVA B. MOODY, ESQ.<br>*Attorneys for Wellpath, LLC* | Dated this 15th day of July 2025<br>KAEMPFER CROWELL<br><br>/s/ Lyssa S. Anderson<br>LYSSA S. ANDERSON, ESQ.<br>KRISTOPHER J. KALKOWSKI, ESQ.<br>*Attorneys the Las Vegas Metropolitan Police Department* |
| Dated this 15th day of July 2025<br>PETER GOLDSTEIN LAW CORP<br><br>/s/ Peter Goldstein<br>PETER GOLDSTEIN, ESQ.<br><br>CLYDE M RASTETTER, ESQ.<br>(admitted pro hac vice)<br>KOPKE CHRISTIANA &<br>RASTETTER LLP<br>*Attorneys for Plaintiff* | ORDER<br><br>Based on the parties' stipulation [ECF No. 168] and good cause appearing, IT IS SO ORDERED. The reply deadline is extended to July 21, 2025.<br><br>_____<br>U.S. District Judge Jennifer A. Dorsey<br>Dated: July 17, 2025 |