**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARY SMITH, individually, and as Special Administrator of the Estate of JAMES PEREA,<br><br>        Plaintiff,<br><br>    vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; WELLPATH, LLC.; RN RACHEL CLARK; RN TANJA WASIELEWSKI; RN GENEVA BESSIE; LCSW SANDRA CELIS; MA/LNA MELEKA ST. JOHN; RN STEPHANIE ESTALA; NP HUGH ANDREW ROSSET; NP SHELLEY AMEDURI; PA ANDREA BALOGH; RN AYNUR KABOTA; CORRECTIONS OFFICER VANESSA MITCHELL; CORRECTIONS OFFICER DON'TE MITCHELL; CORRECTIONS OFFICER JOSHUA WALDMAN; DOES 1-30,<br><br>        Defendants. | CASE NO. 2:23-cv-00092-JAD-NJK<br><br>**ORDER GRANTING**<br>**NOTICE OF ASSOCIATION OF COUNSEL** |

1

PLEASE TAKE NOTICE that Paul A. Cardinale and Melanie B. Chapman of Medical Defense Law Group, hereby associate in as co-counsel for Defendants WELLPATH, LLC; RACHEL CLARK, RN; GENEVA BESSIE, RN; STEPHANIE ESTALA, RN; ANDREA BALOGH, NP; HUGH ANDREW ROSSET, NP; TANIA WASIELEWSKI, RN; SHELLEY AMEDURI, PA; MELEKA ST. JOHN, RN and SANDRA CELIS, LCSW, in the above-entitled matter.

The office address, email addresses and telephone number of associated counsel are:

Paul A. Cardinale
Nevada State Bar Number 8394
Melanie Bernstein Chapman
Nevada State Bar Number 6223
MEDICAL DEFENSE LAW GROUP
3800 Watt Ave., Suite 245
Sacramento, CA 95821
Paul.Cardinale@med-defenselaw.com
Melanie.Chapman@med-defenselaw.com

Southern Nevada Office:
2460 Professional Court, Suite 110
Las Vegas, NV 89128
Tel: (702) 342-8116

Please add the newly associated firm to your service list and to all correspondence.

Dated: April 17, 2026                MEDICAL DEFENSE LAW GROUP

/s/ Paul A. Cardinale
Paul A. Cardinale
Melanie B. Chapman
Attorneys for Defendants WELLPATH, LLC;
RACHEL CLARK, RN; GENEVA BESSIE, RN;
STEPHANIE ESTALA, RN; ANDREA BALOGH,
NP; HUGH ANDREW ROSSET, NP; TANIA
WASIELEWSKI, RN; SHELLEY AMEDURI, PA;
MELEKA ST. JOHN, RN and SANDRA CELIS,
LCSW

**IT IS SO ORDERED**
Dated: April 20, 2026

Nancy J. Koppe
United States Magistrate Judge