LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:          (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

***Attorneys for Defendants***
***Las Vegas Metropolitan Police Department,***
***Vanessa Mitchell, and Don'te Mitchell***

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARY SMITH, individually, and as Special Administrator of the Estate of JAMES PEREA,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; WELLPATH, LLC; RN RACHEL CLARK; RN TANJA WASIELEWSKI; RN GENEVA BESSIE; LCSW SANDRA CELIS; MA/LNA MELEKA ST. JOHN. RN STEPHANIE ESTALA; NP HUGH ANDREW ROSSET; NP SHELLEY AMEDURI; PA ANDREA BALOGH; RN AYNUR KABOTA; CORRECTIONS OFFICER VENESSA MITCHELL: CORRECTIONS OFFICER DON'TE MITCHELL; CORRECTIONS OFFICER JOSHUA WALDMAN; DOES 1-30,<br><br>Defendants. | Case No.:     2:23-cv-00092-JAD-NJK<br><br><br>**STIPULATION AND ORDER TO STAY BRIEFING AND RESOLUTION OF BILL OF COSTS FILED BY VANESSA AND DON'TE MITCHELL**<br><br><br>ECF No. 186 |

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.283

Page 1 of 3

Mary Smith, individually and as Special Administrator of the Estate of James Perea ("Plaintiffs"), Las Vegas Metropolitan Police Department, Vanessa Mitchell, and Don'te Mitchell ("LVMPD Defendants"), stipulate and agree, as follows:

1. On March 26, 2026, this Court entered its Order granting Summary Judgment to Vanessa Mitchell and Don'te Mitchell (collectively, "Individual LVMPD Defendants") on all claims asserted against them. (ECF No. 181).

2. That same day, this Court ordered that the Individual LVMPD Defendants are entitled to judgment on all of Smith's claims against them and directed the Clerk to terminate them as parties, the Order later stated that the Court does not enter judgment at this time because a motion for summary judgment brought by the individual Wellpath defendants remains pending. The later statement appeared in the Order after the Court held that LVMPD is entitled to judgment on some of the claims against it, and LVMPD Defendants believe the later statement could be interpreted as applying only to LVMPD.

3. This Court's Order, ECF No. 181, granted in part and denied in part Defendant LVMPD's Motion for Summary Judgment. Thus, there are remaining claims asserted against LVMPD, who is the employer of the Individual LVMPD Defendants, and is represented by the same counsel of record as the Individual LVMPD Defendants.

4. The Individual LVMPD Defendants filed a Bill of Costs on April 9, 2026, at ECF No. 182, due to the Order's language stating they are entitled to judgment and terminating them as parties.

5. Counsel for Plaintiffs and Counsel for LVMPD Defendants met and conferred regarding the Individual LVMPD Defendants' Bill of Costs in light of the combined representation, the differing interpretations of the Order, and the ongoing proceedings concerning LVMPD and other Defendants.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.283

Page 2 of 3

6. Counsel for Plaintiffs and Counsel for LVMPD Defendants believe that it would eliminate confusion and conserve judicial resources if briefing on the Bill of Costs were stayed until Judgment is reached as to LVMPD.

7. Plaintiffs will timely file any objection to the Individual LVMPD Defendants Bill of Costs once the Court has entered Judgment as to the remaining claims asserted against LVMPD.

DATED this 21st day of April, 2026.

By:   */s/ Lyssa S. Anderson*
Lyssa S. Anderson (SBN 5781)
Kristopher J. Kalkowski (SBN 14892)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
**Attorneys for LVMPD Defendants**

DATED this 21st day of April, 2026.

By:   */s/ Peter Goldstein*
Peter Goldstein (SBN 6992)
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Clyde Rastetter
199 Cook Street, Suite 308
Brooklyn, NY 11206
**Attorney for Plaintiffs**

**IT IS SO ORDERED.**

DATED this 23rd day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.283