# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY SMITH, individually, and as Special Administrator of the Estate of JAMES PEREA,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; WELLPATH, LLC.; RN RACHEL CLARK; RN TANJA WASIELEWSKI; RN GENEVA BESSIE; LCSW SANDRA CELIS; MA/LNA MELEKA ST. JOHN; RN STEPHANIE ESTALA; NP HUGH ANDREW ROSSET; NP SHELLEY AMEDURI; PA ANDREA BALOGH; RN AYNUR KABOTA; CORRECTIONS OFFICER VANESSA MITCHELL; CORRECTIONS OFFICER DON'TE MITCHELL; CORRECTIONS OFFICER JOSHUA WALDMAN; DOES 1-30,<br><br>Defendants. | Case No. 2:23-cv-00092-JAD-NJK<br>**ORDER GRANTING**<br>**MOTION TO REMOVE S. BRENT VOGEL**<br>**FROM SERVICE LIST** |

Defendants WELLPATH, LLC, RACHEL CLARK, RN, GENEVA BESSIE, RN, STEPHANIE ESTALA, RN, ANDREA BALOGH, NP, HUGH ANDREW ROSSETT, NP,

176271552.1                                                     Case No. 2:23-cv-00092-JAD-NJK

TANJA WASIELEWSKI, RN, SHELLEY AMEDURI, PA, MELEKA ST. JOHN, RN, and SANDRA CELIS, LCS, together ("Wellpath Defendants") by and through their counsel of record Pranava B. Moody, of the law firm of Lewis Brisbois Bisgaard & Smith LLP, respectfully request that S. Brent Vogel be removed from the CM/ECF service list for the above-captioned case as he is no longer with this firm. .

May 14, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____ /s/ *Pranava Moody* _____
PRANAVA B. MOODY
Nevada Bar No. 16590
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383

Attorneys for Wellpath, LLC; Rachel Clark, RN; Geneva Bessie, RN; Stephanie Estala, RN; Andrea Balogh, NP; Hugh Andrew Rosset, NP; Tania Wasielewski, RN; Shelley Ameduri, PA; Meleka St. John, RN; and Sandra Celis, LCSW

**IT IS SO ORDERED**
Dated: May 15, 2026

_____
Nancy J. Koppe
United States Magistrate Judge