**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARY SMITH, individually, and as Special Administrator of the Estate of JAMES PEREA,<br><br>            Plaintiff,<br><br>    vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; WELLPATH, LLC.; RN RACHEL CLARK; RN TANJA WASIELEWSKI; RN GENEVA BESSIE; LCSW SANDRA CELIS; MA/LNA MELEKA ST. JOHN; RN STEPHANIE ESTALA; NP HUGH ANDREW ROSSET; NP SHELLEY AMEDURI; PA ANDREA BALOGH; RN AYNUR KABOTA; CORRECTIONS OFFICER VANESSA MITCHELL; CORRECTIONS OFFICER DON'TE MITCHELL; CORRECTIONS OFFICER JOSHUA WALDMAN; DOES 1-30,<br><br>            Defendants. | Case No. 2:23-cv-00092-JAD-NJK<br><br>**ORDER GRANTING**<br>**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS RACHEL CLARK, RN; GENEVA BESSIE, RN; STEPHANIE ESTALA, RN; ANDREA BALOGH, NP; HUGH ANDREW ROSSET, NP; TANIA WASIELEWSKI, RN; SHELLEY AMEDURI, PA; MELEKA ST. JOHN, RN; and SANDRA CELIS, LCSW** |

The law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP hereby submits the following Motion to Withdraw as Counsel of Record for Defendants RACHEL CLARK, RN;

GENEVA BESSIE, RN; STEPHANIE ESTALA, RN; ANDREA BALOGH, NP; HUGH ANDREW ROSSET, NP; TANIA WASIELEWSKI, RN; SHELLEY AMEDURI, PA; MELEKA ST. JOHN, RN; and SANDRA CELIS, LCSW, pursuant to LR IA 11-6(b).

This Motion is made and based upon the points and authorities contained here, all papers and pleadings on file herein, the attached Declaration of Pranava B. Moody, Esq., and any oral argument to be heard by this Court at the time of hearing.

MEMORANDUM OF POINTS AND AUTHORITIES

I.      INTRODUCTION

Wellpath previously retained the law firm of Lewis Brisbois Bisgaard and Smith LLP (hereinafter "LBBS") to represent it in the instant action. *See* Declaration of Pranava B. Moody, Esq. attached hereto. This action was initiated by Plaintiff ASHLEY O'NEIL on December 22, 2021 ("Lawsuit").

On November 11, 2024, Wellpath filed a bankruptcy petition before the United States Bankruptcy Court for the Southern District of Texas, thereby commencing case no. 24-90533 pursuant to Chapter 11 of the United States Bankruptcy Code. This Court entered its Civil Order to Stay the Case until May 8,2025, and on that date the bankruptcy case concluded. Wellpath was discharged from debt and judgments, and Plaintiff was enjoined from continuing this case against Wellpath. There are still individually named Wellpath employees who are defendants in the matter. Wellpath is prepared to defend its employees and has retained the law firm of The Medical Defense Law Group to do so.

On April 20, 2026, the Court granted the association of Paul A. Cardinale, Esq., and Melanie Bernstein Chapman, Esq., of the Medical Defense Law Group. The Medical Defense Law Group filed an association of counsel instead of a substitution of counsel to ensure a smooth transition in representation. On May 15, 2026, the Court granted Defendants' Motion to Remove Attorney S. Brent Vogel from the Service List as he is no longer with Lewis Brisbois Bisgaard & Smith.

At this point, the Medical Defense Group is prepared to take over the representation of the clients. Upon information and belief, the Medical Defense Law Group has attempted

to contact the employee defendants to sign the substitution of counsel and has not been able to get a hold of each defendant in this matter. *See*, Declaration of Pranava B. Moody, Esq. The Medical Defense Law Group will continue to serve as Attorneys of Record for the remaining employee defendants upon the withdrawal of Lewis Brisbois Bisgaard & Smith.

## II.    LEGAL ARGUMENT

LR IA 11-6(b) provides that no attorney may withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel. Rule 1.16(b) of the Nevada Rules of Professional Conduct, declining or terminating representation, states that:

> Except as stated in Paragraph (c), a lawyer may withdraw from representing a client if . . . (6) The representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or (7) Other good cause for withdrawal exists.

N.R.C.P. 1.16.

Here, LBBS should be allowed to withdraw as counsel in this matter because the Wellpath employees are and will continue to be represented by the newly associated counsel and good cause exists. There are no delays of trial or another matter that would result by granting this motion as the individually named defendants will continue to be represented by qualified counsel in this matter.

Based on the above, LBBS submits that it should be permitted to withdraw as counsel in this matter.

///

///

///

///

///

///

///

///

## III.    CONCLUSION

Based upon the foregoing, Lewis Brisbois Bisgaard & Smith LLP respectfully requests that the Court grant its Motion to withdraw as counsel of record for Defendants in this matter.

Dated this 10th day of June, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

By    _____*/s/ Pranava B. Moody*_____
PRANAVA B. MOODY
Nevada Bar No. 16590
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383

Attorneys for Rachel Clark, RN; Geneva Bessie, RN; Stephanie Estala, RN; Andrea Balogh, NP; Hugh Andrew Rosset, NP; Tania Wasielewski, RN; Shelley Ameduri, PA; Meleka St. John, RN; and Sandra Celis, LCSW

**IT IS SO ORDERED**
Dated: June 24, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

178001125.1                                  4                          Case No. 2:23-cv-00092-JAD-NJK